

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WPC:JSY:TAM
F. #2018R01099

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2019

By FedEx and ECF

**Joel S. Cohen, Esq.**
Joel S. Cohen, P.C.
35 Worth Street
3rd Floor
New York, NY 10013
212-571-8899
Fax: 212-571-9557
Email: jcesq99@gmail.com

Counsel for defendant Qi Feng Liang

        Re:    United States v. Qi Feng Liang
                 Criminal Docket No. 18-419 (BMC)

Dear Mr. Cohen:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Attached are documents Bates marked LIANG - 1 to LIANG - 11. The government also requests reciprocal discovery from the defendant.

                 The Defendant's Required Disclosures

      The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as

evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized

representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

                Very truly yours,

                RICHARD P. DONOGHUE
                United States Attorney

By:   /s/William P. Campos
       William P. Campos
       Temidayo Aganga-Williams
       Assistant United States Attorneys

       Robert Kaftal
       Special Assistant United States Attorney

       James S. Yoon
       Trial Attorney
       U.S. Department of Justice

Enclosures (By Fedex Only)

cc:     Clerk of the Court (BMC) (by ECF) (without enclosures)